Form Number LR 3015-1 A (12/15)

AMENDED CHAPTER 13 PLAN

Case No.: **17-70011-JHH-13**

Debtor(s): **Herbert Lee Williams**   SS#: **xxx-xx-1421**   Net Monthly Earnings: **$1,472.00**

**Beverly Cockrell Williams**   SS#: **xxx-xx-3072**   Number of Dependents: **0**

1. Plan Payments:
   ( **X** ) Debtor(s) propose to pay direct a total of $ **1,472.00**   ☐ weekly ☐ bi-weekly ☐ semi-monthly ☑ monthly into the plan; or
   ( ___ ) Payroll deduction Order: To _____ for
   $ _____   ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly.

   Length of plan is **60** months, and the total debt to be paid through the plan is $ **47,053.29** .
   ☑ Chapter 13 filing fees will be paid through the chapter 13 trustee assigned to the case.
   II.   From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:
   A.    PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]
   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| Department of the Treasury | Taxes and certain other debts | $1,457.04 | $29.00 |
| State of Alabama Dept. of Revenue | Taxes and certain other debts | $9,086.00 | $181.00 |

B. Total Attorney Fee: $ **3,000.00** ; **$0.00** paid pre-petition; $ **1,200.00** to be paid at confirmation and $ **100.00** per month thereafter until paid in full.
C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:
1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular Payment to be Paid (check box) | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months Included in Arrearage Amt. | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| Statebridge/Waterfall Victoria Geneva House | $72,434.00 | To be paid by the Trustee $392.00 | February, 2017 | $5,280.71 | 13 mos | N/A | $104.00 |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin (Month/Year) |
|---|---|---|---|---|---|---|---|---|
| Chrysler Capital/Santander | $10.00 | $24,034.41 | $23,650.00 | $384.41 | 2013 Dodge Ram PU | 5.5% | $540.09 | After Confirmed |

III. Other debts (**not shown in 1 or 2 above**) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| -NONE- | n/a | n/a | n/a | n/a |

IV. Special Provisions (check all applicable boxes):
   ☐ This is an original plan.
   ☑ This is an amended plan replacing plan dated **01/03/2017** .
   ☑ This plan proposes to pay unsecured creditors **0** %.
☑ Other Provisions: The Trustee will make disbursements as required by the Plan in the following order, with payments other than those listed to be made in the order to be determined by the Trustee: 1. Trustee's Fee 2. Filing Fee 3. Initial Costs of Administration (including attorney fees payable at confirmation); 4. Allowed Secured Claims and §503(b) Administrative Expenses with fixed monthly payments (including Professional Fee Claims with fixed payments); 5. Allowed Priority Claims for Domestic Support; 6. Other Allowed Priority Claims, including Allowed Priority Tax Claims; and 7. Allowed General Unsecured Claims. Debtor will continue to pay pre-petition and post-petition electric service debt in the ordinary course of business in lieu of posting a deposit as an adequate assurance of future payments under section 366 of the United States Bankruptcy Code. Debtor acknowledges and agrees that the automatic stay does not bar Alabama Power Company's efforts to collect pre-petition and post-petition utility service debt. All creditors being paid non-plan direct are hereby granted limited relief to continue to send monthly invoices, statements and payment requests to facilitate these monthly maintenance payments. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with 5.5% interest in deferred cash payments as set out herein. The Debtors reject the lease with Pro South Rentals on the 10x16 Economy Utility building.

Name/Address/Telephone/Attorney for Debtor (s)   Dated: 10/31/2017
**Ginger D. Cockrell COC009**

**1409 University Boulevard**
**Tuscaloosa, AL 35401**
Telephone # **205-349-2009**

/s/ Herbert Lee Williams
Herbert Lee Williams
Signature of Debtor
/s/ Beverly Cockrell Williams
Beverly Cockrell Williams
Signature of Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| IN RE: | } IN PROCEEDINGS UNDER |
| HERBERT LEE WILLIAMS, | } |
| BEVERLY COCKRELL WILLIAMS. | } |
| | } CHAPTER 13 OF THE |
| | } |
| | } BANKRUPTCY CODE |
| DEBTOR(S). | } CASE NUMBER: 17-70011-JHH-13 |

## CERTIFICATE OF AMENDMENTS

I hereby declare under penalty of perjury that the information provided in the Amended Chapter 13 Plan Summary filed on the 31st day of October, 2017, is true and correct.

/s/ Herbert Lee Williams
**Herbert Lee Williams, Debtor**

/s/ Beverly Cockrell Williams
**Beverly Cockrell Williams, Co-Debtor**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>HERBERT LEE WILLIAMS,<br>BEVERLY COCKRELL WILLIAMS,<br><br>DEBTOR(S). | } IN PROCEEDINGS UNDER<br>}<br>} CHAPTER 13 OF THE<br>} BANKRUPTCY CODE<br>} CASE NUMBER: 17-70011-JHH-13 |

## CERTIFICATE OF SERVICE

I hereby certify that I have on the 31st day of October, 2017, served a copy of the Amended Chapter 13 Plan Summary upon each of the interested parties identified below and all creditors on the attached matrix, by service upon the attorney representing each party and upon each party not represented by an attorney, by mailing a copy to each by First Class United States Mail, postage prepaid, addressed to them at their last known address and through the electronic filing system of the United States Bankruptcy Court. I further certify that a copy of the foregoing Amended Chapter 13 Plan Summary has also been served upon the United States Bankruptcy Court Clerk, the Honorable C. David Cottingham, Chapter 13 Standing Trustee at dcottingham@ch13tuscaloosa.com, and the Honorable Rachel L. Webber at the United States Bankruptcy Administrator's Office through the electronic filing system of the United States Bankruptcy Court.

/s/ Ginger D. Cockrell
**GINGER D. COCKRELL (COC 009)**
Attorney for Debtor

**cc. United States Bankruptcy Court Clerk**

C. David Cottingham                        All Creditors on the Attached Matrix
Standing Trustee for Chapter 13

Hon. Rachel L. Webber
U.S. Bankruptcy Administrator's Office

```
Label Matrix for local noticing          Waterfall Victoria Grantor Trust, Geneva Hou    U. S. Bankruptcy Court
1126-7                                                                                    2005 University Blvd., Room 2300
Case 17-70011-JHH13                                                                       Tuscaloosa, AL 35401-1546
NORTHERN DISTRICT OF ALABAMA
Tuscaloosa
Tue Oct 31 16:43:28 CDT 2017

AT&T Mobility II LLC                     (p)AARON S INC                                   Alabama Vein Specialists Group
%AT&T SERVICES INC.                      PO BOX 100039                                    700 Montgomery Highway
KAREN A. CAVAGNARO PARALEGAL             KENNESAW GA 30156-9239                           Suite 210
ONE AT&T WAY, SUITE 3A104                                                                 Birmingham, AL 35216-1869
BEDMINSTER, NJ 07921-2693

American InfoSource LP as agent for      Ashro                                            Ashro Lifestyle
Verizon                                  1112 7th Ave                                     c/o Creditors Bankruptcy Service
PO Box 248838                            Monroe, WI 53566-1364                            P.O. Box 800849
Oklahoma City, OK  73124-8838                                                             Dallas, TX 75380-0849

Belk/Synchrony Bank                      Caine & Weiner                                   Chrysler Capital
PO Box 530940                            Po Box 5010                                      P.O. Box 961275
Atlanta, GA 30353-0940                   Woodland Hills, CA 91365-5010                    Fort Worth, TX 76161-0275

Chrysler Capital                         Chrysler Capital                                 Department of the Treasury
P.O. Box 961278                          PO Box 660335                                    Internal Revenue Service
Fort Worth, TX 76161-0278                Dallas, TX 75266-0335                            Memphis, TN 38101-0069

Diversified Consultants, Inc.            ERC                                              Express Check Advance
P.O. Box 1391                            P.O. Box 23870                                   1223 Highway 45 North
Southgate, MI 48195-0391                 Jacksonville, FL 32241-3870                      Columbus, MS 39705-2138

Express Check Advance of Mississippi, LLC   First Premier Bank                            First Premier Bank
135 N. Church Street                     Credit Card Department                           PO Box 5519
Spartanburg, SC 29306-5138               PO Box 5519                                      Sioux Falls, SD 57117-5519
                                         Sioux Falls, SD 57117-5519

Foresters Financial                      Franklin Collection Service, Inc                 Fst Premier
P.O. Box 179                             Po Box 3910                                      601 S Minneapolis Ave
Buffalo, NY 14201-0179                   Tupelo, MS 38803-3910                            Sioux Falls, SD 57104

Holloway Credit Solutions                Hon Kelley A Gillikin, Asst Counsel              Individual & Corporate Tax Division
Po Box 6441                              State of Alabama Dept of Revenue                 Special Audit - Nonfiler Section
Dothan, AL 36302-6441                    Legal Division                                   PO Box 327442
                                         PO Box 320001                                    Montgomery, AL 36132-7442
                                         Montgomery AL 36132-0001

Midnight Velvet                          Midnight Velvet                                  Money Matters
1112 7th Ave                             c/o Creditors Bankruptcy Service                 508 1st Ave West
Monroe, WI 53566-1364                    PO Box 800849                                    Reform, AL 35481-2376
                                         Dallas, TX 75380-0849
```

| | | |
|---|---|---|
| Monroe And Main<br>1112 Seventh Ave.<br>Monroe, WI 53566-1364 | North MS Medical Clinic<br>c/o Franklin Collection Service<br>PO Box 3910<br>Tupelo, MS 38803-3910 | Nuvell Credit Compan<br>Po Box 380901<br>Bloomington, MN 55438-0901 |
| Nuvell Credit Company<br>PO Box 130424<br>Roseville MN 55113-0004 | Penn Credit<br>916 S 14th Street<br>P.O. Box 988<br>Harrisburg, PA 17108-0988 | Petit Bois<br>3436 Main St<br>Moss Point, MS 39563-5102 |
| Pickens County Medical Center<br>PO Box 478<br>Carrollton, AL 35447-0478 | Premier Bankcard, Llc<br>c o Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Pro South Rentals LLC<br>PO Box 1000<br>Macon MS 39341-1000 |
| Pro South Rentals LLC<br>PO Box 70<br>Medina TN 38355-0070 | Reform Money Matters<br>508 1st Avenue West<br>PO Box 777<br>Reform, AL 35481-0777 | SOUTHERN RADIOLOGY SPECIALIST LLC<br>C/O HOLLOWAY CREDIT SOLUTIONS<br>P.O. BOX 230609<br>MONTGOMERY, AL 36123-0609 |
| Santander Consumer USA<br>PO Box 961275<br>Fort Worth, TX 76161-0275 | Southern Radiology Speacialists PLLC<br>P.O. Box 242848<br>Montgomery, AL 36124-2848 | State of Alabama Dept of Revenue<br>Legal Division<br>PO Box 320001<br>Montgomery AL 36132-0001 |
| State of Alabama Dept. of Revenue<br>50 North Ripley Street<br>Montgomery, AL 36132-0001 | Statebridge Company,<br>5680 Greenwood Plazablvd<br>Greenwood Village, CO 80111-2404 | Synchrony Bank<br>Po Box 965064<br>Orlando, FL 32896-5064 |
| The Payday Loan Store<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | Verizon<br>500 Technology Dr<br>Suite 500<br>Weldon Spring, MO 63304-2225 | Waterfall Victoria Geneva House I, LLC<br>5680 Greenwood Plaza Blvd.<br>Suite 100 S<br>Greenwood Village, CO 80111-2404 |
| Beverly Cockrell Williams<br>39 Martin Road<br>Ethelsville, AL 35461-3470 | C David Cottingham<br>Chapter 13 Standing Trustee<br>701 22nd Avenue, Suite 4<br>P O Drawer 020588<br>Tuscaloosa, AL 35402-0588 | Ginger D Cockrell<br>Cockrell & Cockrell<br>1409 University Blvd<br>Tuscaloosa, AL 35401-1633 |
| Herbert Lee Williams<br>39 Martin Road<br>Ethelsville, AL 35461-3470 | Kelley Askew Gillikin<br>State of Alabama, Dept. of Revenue<br>50 North Ripley Street<br>P.O. Box 320001<br>Montgomery, AL 36130-1001 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Aarons Sales & Lease  
Attn: Bankruptcy  
309 E Paces Ferry Rd Ne  
Atlanta, GA 30305

End of Label Matrix  
Mailable recipients    55  
Bypassed recipients    0  
Total    55